1004

[No. 5880-1.   Division One.   April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME
STEVEN TALLEY, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81640, Nancy A. Holman, J., entered August
16, 1977. *Affirmed* by unpublished opinion per Callow, C.J.,
concurred in by Swanson and Williams, JJ.

[No. 5959-1.   Division One.   April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. SOLOMON
HANTON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80635, David C. Hunter, J., entered August 24,
1977. *Affirmed* by unpublished opinion per Ringold, J.,
concurred in by Swanson and Dore, JJ.

[No. 5982-1.   Division One.   April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LEE LOVE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81846, Peter K. Steere, J., entered September
26, 1977. *Affirmed* by unpublished opinion per Farris, J.,
concurred in by Swanson and Andersen, JJ.

[No. 6061-1.   Division One.   April 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MARCIA
LYNN LAUBACH, *Defendant,* DONALD GENE
BOE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81730, Horton Smith, J., entered December 7,
1977. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Farris and Dore, JJ.